UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT CARLSON, | CASE NO. 2:22-cv-01739 |
| Plaintiff, | MINUTE ORDER |
| v. | |
| CITY OF REDMOND; DOES 1-5, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge: This matter comes before the Court on the parties' Stipulated Motion And Proposed Order For Leave to File First Amended Complaint Adding Additional Plaintiffs And Claim. Dk. No. 18. Local Civil Rule 15 requires that parties must indicate on the proposed amended pleading how it differs from the pleading that it amends by bracketing or striking through the text to be deleted and underlining or highlighting the text to be added. The parties have not indicated these differences on the proposed amended pleading. The Court directs the parties to submit the proposed amended pleading, with required markups, by e-mail to: WhiteheadOrders@wawd.uscourts.gov.

Dated this 22nd day of May 2023.

MINUTE ORDER - 1

Ravi Subramanian

Clerk

/s/ Serge Bodnarchuk

Deputy Clerk

MINUTE ORDER - 2