UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT CARLSON,<br><br>                Plaintiff,<br><br>   v.<br><br>CITY OF REDMOND; DOES 1-5,<br><br>                Defendants. | CASE NO. 2:22-cv-01739<br><br>ORDER ON PARTIES' STIPULATED MOTION TO STAY |

This matter comes before the Court on the parties Stipulated Motion to Strike Trial Date and Stay All Case Deadlines, Pending Identification of Potential Additional Plaintiffs under Fed. R. Civ. P. 16(b)(4) and LCR 16(b)(6). Dkt. No. 17. The parties request that the Court strike the current trial date and other case deadlines and grant Plaintiff leave to Amend his complaint to add additional plaintiffs, including Tyler Parnell and Brian Robillard, who have separate lawsuits pending alleging similar causes of action (No. 2:23-cv-00425-MJP). The parties reason that a stay will promote judicial economy and conserve resources while Plaintiff identifies other potential plaintiffs and the parties continue to exchange information. The Court agrees.

Based on the parties' representations, the Court finds good cause to modify the case schedule and ORDERS that the trial date and other pre-trial deadlines be STRICKEN. The Court

ORDER ON PARTIES' STIPULATED MOTION TO STAY - 1

also ORDERS the parties to file a joint status report every 60 days from the date of entry of this order and include the status of additional plaintiffs. The parties' request to stay the action is DENIED given their stated intent to continue with document discovery; a new trial date will be set when the addition of plaintiffs is complete. *See* Dkt. No. 17 at 2. To the extent the parties' have requested leave to amend the complaint by way of this stipulated motion, the request is DENIED. The Court will rule on whether Plaintiff may amend his complaint under Fed. R. Civ. P. 15 and LCR 15 in the context of his separately pending motion to amend. *See* Dkt. No. 18.

Dated this 24th day of May, 2023.

*[signature]*

Jamal N. Whitehead
United States District Judge