UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT CARLSON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF REDMOND; DOES 1-5,<br><br>　　　　　　Defendants. | CASE NO. 2:22-cv-01739<br><br>ORDER GRANTING STIPULATED MOTION TO FILE FIRST AMENDED COMPLAINT ADDING ADDITIONAL PLAINTIFFS AND CLAIM |

This matter comes before the Court on the parties' Stipulated Motion And Proposed Order For Leave to File First Amended Complaint Adding Additional Plaintiffs And Claim under Fed. R. Civ. P. 15(2). Dkt. No. 18. The motion is GRANTED, and it is ORDERED that the Plaintiff shall file the amended complaint attached to the parties' stipulation within one week after entry of this order.

Dated this 1st day of June, 2023.

Jamal N. Whitehead
United States District Judge