HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT CARLSON, TYLER PARNELL, ALLISON HALLIFAX, SHARON L. DAVIS, and BRIAN ROBILLARD,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF REDMOND,<br><br>Defendant. | NO. 2:22-CV-01739-JNW<br><br>STIPULATED MOTION AND [PROPOSED] ORDER TO SET NEW TRIAL DATE AND CASE SCHEDULE<br><br>Noted for Consideration:<br>Friday, February 9, 2024 |

## I.   STIPULATION

For good cause shown and pursuant to Federal of Civil Procedure 16(b)(4) and Local Civil Rule 16(b)(6), the parties respectfully and jointly move the Court for entry of an order setting a new case schedule and trial date.

For good cause shown and with the Court's consent, the Court may modify the deadlines in the scheduling order. Fed. R. Civ. P. 16(b)(4); LCR 16(b)(6). The "good cause" standard primarily considers the diligence of the party seeking the amendment: the district court may modify the pretrial schedule if it cannot reasonably be met despite the diligence of the parties

STIPULATED MOTION AND [PROPOSED] ORDER TO SET NEW TRIAL DATE AND CASE SCHEDULE - 1
(Case No. 2:22-CV-01739-JNW)

CHRISTIE LAW GROUP, PLLC
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

seeking the extension. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992) (citing Fed. R. Civ. P. 16 advisory committee's notes (1983 amendment)). Although the existence or degree of prejudice to the opposing party might supply additional considerations for a motion to modify, the focus remains on the moving party's reasons for seeking modification. *Johnson*, 975 F.2d at 609.

Counsel for the parties have been working cooperatively in discovery, have conferred, and agree that good cause exists to grant the relief requested, as set forth below:

1. Plaintiffs served supplemental discovery responses on October 10, 2023. Plaintiffs propounded a Third set of Interrogatories and Requests for Production on the City of Redmond on November 3. The City of Redmond served its responses on December 14, and served amended responses correcting an error on December 15. The parties anticipate that there may be additional, limited written discovery.

2. The parties have not taken any depositions to date. The parties continue to work and communicate collaboratively to complete discovery.

3. Counsel for the City of Redmond have a number of trial conflicts in the fall and winter of 2024. Counsel for the Plaintiffs is unavailable in the month of December due to important personal commitments.

4. Counsel for the Plaintiffs intend to associate with out of state counsel to assist with trial of this matter. New counsel will need time to get up to speed on this matter and are working diligently to do so. Plaintiffs intend to file motions to admit counsel pro hac vice shortly.

STIPULATED MOTION AND [PROPOSED] ORDER TO SET NEW TRIAL DATE AND CASE SCHEDULE - 2
(Case No. 2:22-CV-01739-JNW)

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

5. On Thursday, February 8, 2024, counsel for the parties conferred by telephone and agreed that good cause exists to continue the trial date until early 2025 to complete discovery and permit efficient trial of this matter.

Given the above referenced facts, the parties stipulate that good cause exists to set a new case schedule and trial date in this matter. The parties now jointly move the Court for an order to that effect.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

A new case schedule and trial date shall be set as follows[1]:

| Event | Current Date | New Date |
|---|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | February 12, 2024 | August 2, 2024 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) | March 13, 2024 | August 30, 2024 |
| All motions related to discovery must be filed by and noted on the motion calendar no later than the third Friday thereafter (see LCR 7(d)) | March 13, 2024 | September 3, 2024 |
| Discovery completed by | April 12, 2024 | October 3, 2024 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)) | May 13, 2024 | November 1, 2024 |
| All motions related to expert witnesses (e.g., a Daubert motion) must be filed by and noted on the motion calendar no later than the third Friday thereafter (see LCR 7(d)) | June 27, 2024 | November 1, 2024 |
| Settlement Conference under LCR 39.1, if requested by parties, held no later than | July 11, 2024 | January 3, 2025 |

---

[1] The following dates are proposed, subject to the Court's availability.

STIPULATED MOTION AND [PROPOSED] ORDER TO SET NEW TRIAL DATE AND CASE SCHEDULE - 3
(Case No. 2:22-CV-01739-JNW)

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

| Event | Current Date | New Date |
|---|---|---|
| All motions in limine should be filed by and noted on the motion calendar no later than the Friday before the Pretrial Conference. (See LCR 7(d)(4)) | July 31, 2024 | January 24, 2025 |
| Trial Briefs due | August 26, 2024 | February 17, 2025 |
| Agreed Pretrial Order due[2] | August 19, 2024 | February 10, 2025 |
| Proposed Findings of Fact and Conclusions of Law, and designations of deposition testimony pursuant to CR32(e) due | August 19, 2024 | February ~~17~~ 10, 2025 |
| Pretrial conference to be held at **10:00am** on | September 4, 2024 | February 21, 2025 |
| 10 DAY BENCH TRIAL set for 9:00am | September 9, 2024 | March 3, 2025 |

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

DATED this 9th day of February, 2024.

By: */s/ Robert L. Christie*  
Robert L. Christie, WSBA #10895  
John W. Barry, WSBA #55661  
Christie Law Group, PLLC  
2100 Westlake Ave. N., Ste. 206  
Seattle, WA 98109  
Telephone: 206.957.9669  
Email: bob@christielawgroup.com  
         john@christielawgroup.com

Attorneys for Defendant

I certify that this memorandum contains 761 words, in compliance with the Local Civil Rules.

By:  */s/ Tracy Tribbett*  
Tracy Tribbett, WSBA #35922  
Pacific Justice Institute  
6400 Three Rivers Drive  
Pasco, WA 99301  
Telephone: 509-713-9868  
Email: ttribbett@pji.org

Attorney for Plaintiffs

---

[2] The Agreed Pretrial Order shall be filed in CM/ECF and shall also be attached as a Word compatible file to an e−mail sent to the following address: WhiteheadOrders@wawd.uscourts.gov.

STIPULATED MOTION AND [PROPOSED] ORDER TO SET NEW TRIAL DATE AND CASE SCHEDULE - 4
(Case No. 2:22-CV-01739-JNW)

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

## II. PROPOSED ORDER

THIS MATTER having come on regularly for hearing upon the stipulation of the parties above contained, and the Court being fully advised in the premises, now, therefore, it is hereby ORDERED that the following trial date and case schedule shall be set:

| Event | Current Date | New Date |
|---|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | February 12, 2024 | August 2, 2024 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) | March 13, 2024 | August 30, 2024 |
| All motions related to discovery must be filed by and noted on the motion calendar no later than the third Friday thereafter (see LCR 7(d)) | March 13, 2024 | September 3, 2024 |
| Discovery completed by | April 12, 2024 | October 3, 2024 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)) | May 13, 2024 | November 1, 2024 |
| All motions related to expert witnesses (e.g., a Daubert motion) must be filed by and noted on the motion calendar no later than the third Friday thereafter (see LCR 7(d)) | June 27, 2024 | November 1, 2024 |
| Settlement Conference under LCR 39.1, if requested by parties, held no later than | July 11, 2024 | January 3, 2025 |
| All motions in limine should be filed by and noted on the motion calendar no later than the Friday before the Pretrial Conference. (See LCR 7(d)(4)) | July 31, 2024 | January 24, 2025 |
| Trial Briefs due | August 26, 2024 | February 17, 2025 |
| Agreed Pretrial Order due[3] | August 19, 2024 | February 10, 2025 |

---

[3] The Agreed Pretrial Order shall be filed in CM/ECF and shall also be attached as a Word compatible file to an e−mail sent to the following address: WhiteheadOrders@wawd.uscourts.gov.

STIPULATED MOTION AND [PROPOSED] ORDER TO SET NEW TRIAL DATE AND CASE SCHEDULE - 5
(Case No. 2:22-CV-01739-JNW)

**Christie Law Group, PLLC**
2100 Westlake Avenue N., Suite 206
Seattle, WA 98109
206-957-9669

| Event | Current Date | New Date |
|---|---|---|
| Proposed Findings of Fact and Conclusions of Law, and designations of deposition testimony pursuant to CR32(e) due | August 19, 2024 | February ~~17~~ 10, 2025 |
| Pretrial conference to be held at **10:00am** on | September 4, 2024 | February 21, 2025 |
| 10 DAY BENCH TRIAL set for 9:00am | September 9, 2024 | March 3, 2025 |

ENTERED this 16th day of February, 2024.

*[signature]*

Jamal N. Whitehead
United States District Judge

Presented by:

By: */s/ Robert L. Christie*
Robert L. Christie, WSBA #10895
John W. Barry, WSBA #55661
Christie Law Group, PLLC
2100 Westlake Ave. N., Ste. 206
Seattle, WA 98109
Telephone: 206.957.9669
Email: bob@christielawgroup.com
         john@christielawgroup.com

Attorneys for Defendant

By: */s/ Tracy Tribbett*
Tracy Tribbett, WSBA #35922
Pacific Justice Institute
6400 Three Rivers Drive
Pasco, WA 99301
Telephone: 509-713-9868
Email: ttribbett@pji.org

Attorney for Plaintiffs

STIPULATED MOTION AND [PROPOSED] ORDER TO SET NEW TRIAL DATE AND CASE SCHEDULE - 6
(Case No. 2:22-CV-01739-JNW)

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669