UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT CARLSON, TYLER PARNELL, ALLISON HALLIFAX, SHARON L. DAVIS, BRIAN ROBILLARD, JOSH FREI, MATTHEW PETERSON, ARTEM TETERIN,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF REDMOND,<br><br>Defendant. | CASE NO. 2:22-cv-1739<br><br>ORDER SETTING TRIAL DATE AND RELATED DATES |

## SCHEDULING DEADLINES

Having reviewed the parties' stipulated motion to set a new trial date and case schedule, the Court sets the following trial and related dates:

| EVENT | DATE |
|---|---|
| BENCH TRIAL begins | August 11, 2025 |
| Length of trial | 10 days |
| Disclosure of expert testimony under Fed. R. Civ. P. 26(a)(2) | January 13, 2025 |

ORDER SETTING TRIAL & RELATED DATES - 1

| EVENT | DATE |
|---|---|
| Disclosure of rebuttal expert testimony under Fed. R. Civ. P. 26(a)(2) | within 30 days after the other party's expert disclosure |
| All motions related to discovery must be filed by (*see* LCR 7(d)) | February 12, 2025 |
| Discovery completed by | March 14, 2025 |
| All dispositive motions and motions challenging expert witness testimony (i.e., *Daubert* motions) must be filed by (*see* LCR 7(d)) | April 13, 2025 |
| Settlement conference under LCR 39.1(c)(2) must be held no later than | June 12, 2025 |
| All motions in limine must be filed by (*see* LCR 7(d)) | July 2, 2025 |
| Deposition Designations must be submitted to the Court by (*see* LCR 32(e)) | July 21, 2025 |
| Agreed pretrial order due | July 21, 2025 |
| Trial briefs, proposed findings of fact and conclusions of law | July 28, 2025 |
| Pretrial conference | August 4, 2025 |

The Local Civil Rules set all other deadlines. Except as provided for in Judge Whitehead's Chambers Procedures, the dates listed in this order and set by the Local Civil Rules are firm and cannot be changed by agreement between the parties. The Court may alter the dispositive motions deadline and the dates that follow, but only if good cause is shown. Failure to complete discovery within the time allowed does not establish good cause. If any of the dates identified in this

ORDER SETTING TRIAL & RELATED DATES - 2

Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event must be performed on the next business day.

If the scheduled trial date creates an irreconcilable conflict, counsel must email Grant Cogswell, Courtroom Deputy, at grant_cogswell@wawd.uscourts.gov within 10 days of the date of this Order, explaining the exact nature of the conflict. Failure to do so will be treated as a waiver. Counsel and pro se parties must be prepared to begin trial on the date scheduled but should understand that trial may have to await the completion of other cases (e.g., criminal cases).

## PROCEDURAL MATTERS

All counsel and pro se parties must be familiar with and follow the District's Local Rules, Electronic Filing Procedures for Civil and Criminal Cases, and General Orders, which can be found on the Court's website at https://www.wawd.uscourts.gov/. All counsel and pro se parties must also follow Judge Whitehead's Chambers Procedures, which are available at https://www.wawd.uscourts.gov/judges/whitehead-procedures.

## SETTLEMENT

If this case settles, the parties must notify Mr. Cogswell as soon as possible at grant_cogswell@wawd.uscourts.gov. An attorney who fails to give prompt notice of settlement may be subject to sanctions or discipline under LCR 11(b).

Dated this 31st day of July, 2024.

Jamal N. Whitehead
United States District Judge

ORDER SETTING TRIAL & RELATED DATES - 3