UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT CARLSON, | CASE NO. 2:22-cv-01739 |
| Plaintiff, | MINUTE ORDER |
| v. | |
| CITY OF REDMOND; DOES 1-50 , | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

Cases have a beginning, and they must have an end. While the Court acknowledges and credits the parties' diligent litigation in this matter, their request for a fourth continuance—citing plaintiffs added last summer and the need for further discovery as "good cause"—cannot be justified. Having already moved the trial date from March 2024 to September 2024 to March 2025 to August 2025, the Court declines to postpone this matter yet again, as the current schedule provides enough time to complete discovery and prepare for trial. *See Dkt*. The motion is thus DENIED. Dkt. No. 73.

MINUTE ORDER - 1

It is so ORDERED.

Dated this 14th day of February 2025.

<u>Ravi Subramanian</u>
Clerk
<u>/s/Kathleen Albert</u>
Deputy Clerk

MINUTE ORDER - 2