HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT CARLSON, TYLER PARNELL, ALISON HALLIFAX, SHARON L. DAVIS, BRIAN ROBILLARD, JOSH FREI, MATTHEW PETERSON, AND ARTEM TETERIN,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF REDMOND,<br><br>Defendant. | NO. 2:22-CV-01739-JNW<br><br>STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINE AND TO SET BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT<br><br>**Noted for Consideration:**<br>February 25, 2025 |

COME NOW THE PARTIES, Plaintiffs Scott Carlson, Tyler Parnell, Alison Hallifax, Sharon L. Davis, Brian Robillard, Josh Frei, Matthew Peterson and Artem Teterin and Defendant City of Redmond (collectively "the Parties") and hereby respectfully request that this Court extend the discovery deadline to May 30, 2025, and the deadline challenging expert witness testimony to May 30, 2025, and to set a briefing schedule for cross motions for summary judgment.

WHEREAS the Parties previously extended the discovery deadline and thus cannot do so by stipulated notice per Chambers Procedures;

WHEREAS the Parties previously extended the expert discovery deadline (ECF 68), but did

not extend the discovery deadline, meaning that the primary expert disclosure deadline and the discovery deadline are on the same day and it will not currently be possible to depose experts after their disclosure;

WHEREAS Plaintiffs, pursuant to this Court's order permitting additional discovery, have noticed approximately thirteen depositions which the parties are in the process of scheduling;

WHEREAS Plaintiffs have already taken one of those depositions;

WHEREAS Defendant would like to depose the eight Plaintiffs;

WHEREAS the current date for disclosure of rebuttal experts is currently due on the same day as the motions challenging expert witness testimony (i.e., FRE 702 or "*Daubert*" motions). This does not give the opposing party any time to challenge a rebuttal expert witness. The parties recognize that the Chamber's Procedures requires that FRE 702 or "*Daubert* motions must be filed by the dispositive motion deadline." The parties are amendable to pushing out the dispositive motion deadline a few weeks to comply with the Chamber's Procedures. In the alternative, the parties are amendable to having the deadline for motions challenging expert witness testimony to fall after the initial cross briefs for summary judgment are filed. The parties look to the Court for direction as to what it prefers;

WHEREAS, the dispositive motion deadline will not be changed because of extending the discovery deadline, as the initial moving party will still file its opening brief on the current dispositive motion deadline of April 14, 2025.

AND WHEREAS, the trial date will not be moved.

THEREFORE, the Parties stipulate and move this court as follows:

STIPULATED MOTION AND [PROPOSED] ORDER
TO EXTEND DISCOVERY DEADLINE AND TO
SET BRIEFING SCHEDULE FOR CROSS-
MOTIONS FOR SUMMARY JUDGMENT - 2
(Case No. 2:22-CV-01739-JNW)

## I.  STIPULATION

For good cause shown and pursuant to Federal of Civil Procedure 16(b)(4) and Local Civil Rule 16(b)(6), the parties respectfully request that this Court enter an order setting a new discovery deadline, a new motions deadline related to discovery, a new motions deadline for challenging expert witness testimony, and a cross summary judgment briefing schedule.

For good cause shown and with the Court's consent, the Court may modify the deadlines in the scheduling order. Fed. R. Civ. P. 16(b)(4); LCR 16(b)(6). The "good cause" standard primarily considers the diligence of the party seeking the amendment: the district court may modify the pretrial schedule if it cannot reasonably be met despite the diligence of the parties seeking the extension. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992) (citing Fed. R. Civ. P. 16 advisory committee's notes (1983 amendment)). Although the existence or degree of prejudice to the opposing party might supply additional considerations for a motion to modify, the focus remains on the moving party's reasons for seeking modification. *Johnson*, 975 F.2d at 609.

Counsel for the parties have conferred and agree that good cause exists as set forth below to grant the relief requested:

1.  The parties previously stipulated to move out the expert disclosure deadline, which this Court granted on December 30, 2024. (ECF 68.) The parties did not move the discovery deadline to allow time to conduct discovery as to any named experts. The parties also did not move out the motion to challenge expert witness testimony, as it currently expires on the date that rebuttal experts are disclosed. Moving it to May 12, 2025, the date that Defendant's combined

opposition/reply brief is due, will give the parties thirty days to depose rebuttal experts and challenge any such expert designation. The parties stipulated dates below are based on this option. However, the parties recognize that this suggestion is at odds with the Chambers Procedures § 5.7 regarding FRE 702 Motions being filed at the time as the dispositive motion deadline. Thus, the parties would also be fine with the Court pushing out the initial cross summary judgment brief to May 12, 2025, to comply with Chambers Procedure § 5.7.

2.  Moving out the discovery deadline will also give the parties flexibility to adjust the current schedule of the noticed depositions before the cross motions for summary judgment are due, as some of the currently noticed depositions are for dates that the deponents are not available.

3.  Since there are eight Plaintiffs in this case, and the Plaintiffs will be moving for summary judgment as to whether each one has a sincerely held religious belief, and that such an inquiry is individualized to each Plaintiff, the Parties request an additional three hundred (300) words per Plaintiff (totaling 2,400 words) for Plaintiff's combined opening/opposition brief and Defendant's combined opposition/reply brief. The parties further agree that Plaintiffs reply brief will have the same number of words as Defendant's opening brief (8,400).

Given the above referenced facts, the parties stipulate that good cause exists to set new dates as to the above. The parties now jointly move the Court for an order to that effect.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:[1]

| Event | Current Date | New Date |
|---|---|---|
| All motions related to discovery must be filed by (see LCR 7(d)) | February 12, 2025 | April 30, 2025 |
| Discovery completed by | March 14, 2025 | May 30, 2025 |

---

[1] The following dates are proposed, subject to the Court's availability.

STIPULATED MOTION AND [PROPOSED] ORDER
TO EXTEND DISCOVERY DEADLINE AND TO
SET BRIEFING SCHEDULE FOR CROSS-
MOTIONS FOR SUMMARY JUDGMENT - 4
(Case No. 2:22-CV-01739-JNW)

| Event | Current Date | New Date |
|---|---|---|
| Motions challenging expert witness testimony (FRE 702 or "*Daubert*" motions) must be filed by | April 13, 2025 | May 12, 2025 |
| Cross-motion for summary judgment - Defendant's opening brief, which may not exceed 8,400 words, must be filed by | April 13, 2025 (Sunday) | April 14, 2025 (Monday) |
| Plaintiff's combined opening/opposition brief, which may not exceed 12,900 words, must be filed by | N/A | April 28, 2025 |
| Defendant's combined opposition/reply brief, which may not exceed 12,900 words. | N/A | May 12, 2025 |
| Plaintiff's reply brief, not to exceed 8,400 words | N/A | May 19, 2025 |

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

DATED this 25th day of February, 2025.

By: /s/ Jonathon Cherne
Alan J. Reinach, *pro hac vice*
Jonathon Cherne, *pro hac vice*
Church State Council
2686 Townsgate Road
Westlake Village, CA 91361
Telephone: (805) 413-7398
Email: ajreinach@churchstate.org
Email: jcherne@chernelaw.com

Tracy Tribbett, WSBA #35922
Pacific Justice Institute
6400 Three Rivers Drive
Pasco, WA 99301
Telephone: (509) 713-9868
Email: ttribbett@pji.org

*Attorneys for Plaintiffs*

By: /s/ John W. Barry
Robert L. Christie, WSBA #10895
John W. Barry, WSBA #55661
Baker Sterchi Cowden & Rice, LLC
2100 Westlake Ave. N., Ste. 206
Seattle, WA 98109
Telephone: (206) 957-9669
Email: bob.christie@bakersterchi.com
Email: john.barry@bakersterchi.com

*Attorneys for Defendant*

I certify that this memorandum contains 1,039 words, in compliance with the Local Civil Rules.

## II. ~~PROPOSED~~ ORDER

THIS MATTER having come on regularly for hearing upon the stipulation of the parties above contained, and the Court being fully advised in the premises, now, therefore, it is hereby ORDERED that the following trial date and case schedule shall be set:

| Event | Current Date | New Date |
|---|---|---|
| All motions related to discovery must be filed by (*see* LCR 7(d)) | February 12, 2025 | April 30, 2025 |
| Discovery completed by | March 14, 2025 | May 30, 2025 |
| Motions challenging expert witness testimony (i.e., *Daubert* motions) must be filed by | April 13, 2025 | May 12, 2025 |
| Cross-Motion for Summary Judgment - Defendant's opening brief, which may not exceed 8,400 words, must be filed by | April 13, 2025 (Sunday) | April 14, 2025 (Monday) |
| Plaintiff's combined opening/opposition brief, which may not exceed 12,900 words, must be filed by | N/A | April 28, 2025 |
| Defendant's combined opposition/reply brief, which may not exceed 12,900 words. | N/A | May 12, 2025 |
| Plaintiff's reply brief, not to exceed 8,400 words | N/A | May 19, 2025 |

ENTERED this <u>3rd</u> day of <u>March</u>, 2025.

*/s/ Jamal W*

THE HONORABLE JAMAL N. WHITEHEAD
United States District Court Judge

Presented by:

By: */s/ Jonathon Cherne*
Alan J. Reinach, *pro hac vice*
Jonathon Cherne, *pro hac vice*
Church State Council
2686 Townsgate Road
Westlake Village, CA 91361
Telephone: (805) 413-7398
Email: ajreinach@churchstate.org
Email: jcherne@chernelaw.com

Tracy Tribbett, WSBA #35922
Pacific Justice Institute
6400 Three Rivers Drive
Pasco, WA 99301
Telephone: (509) 713-9868
Email: ttribbett@pji.org

*Attorneys for Plaintiffs*

By: */s/ Robert L. Christie*
Robert L. Christie, WSBA #10895
John W. Barry, WSBA #55661
Baker Sterchi Cowden & Rice, LLC
2100 Westlake Ave. N., Ste. 206
Seattle, WA 98109
Telephone: (206) 957-9669
Email: bob.christie@bakersterchi.com
Email: john.barry@bakersterchi.com

*Attorneys for Defendant*

STIPULATED MOTION AND ~~[PROPOSED]~~ ORDER TO EXTEND DISCOVERY DEADLINE AND TO SET BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT - 7
(Case No. 2:22-CV-01739-JNW)