Tracy Tribbett
PACIFIC JUSTICE INSTITUTE
6404 Three River Drive
Pasco, WA 99301
Email : ttribbett@pji.org

Alan J. Reinach, Esq., pro hac vice
Jonathon Cherne, Esq., pro hac vice
CHURCH STATE COUNCIL
2686 Townsgate Rd
Westlake Village, CA 91361
Telephone: (805) 413-7396
Facsimile:   (805) 778-8843
ajreinach@churchstate.org
jcherne@churchstate.org

HONORABLE JAMAL N. WHITEHEAD

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT CARLSON, TYLER PARNELL, BRIANROBILLARD, ALISON HALLIFAX, SHARON L. DAVIS, JOSH FREI, MATTHEW PETERSON AND ARTEM TETERIN<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF REDMOND,<br><br>Defendant(s). | Case NO.  2:22-CV-01739-JNW<br><br>DECLARATION OF EMA BURCHECI |

DECLARATION OF EMA BURCHECI
(Case No. 2:22-CV-01739-JNW)

1

# DECLARATION OF EMA BURCHECI

Ema Burcheci, being duly sworn, deposes and declares:

1. This declaration is submitted based on my personal knowledge. If called upon to testify, I could testify as to the truthfulness of the facts contained in this declaration.

2. I am a registered nurse. I began my nursing career at Overlake Hospital Medical Center.

3. In 2013, I was hired by Evergreen Health to work in the emergency department. I served as an Emergency Department Charge Nurse from 2013 to 2018.

4. I continued to work as an Emergency Department ("ED") nurse for Evergreen Health until I resigned in September 2022. I still work as an independent contractor for Evergreen Health to this day.

5. My work as an ED nurse included emergency room shifts at both Evergreen Health Medical Center Kirkland and at Evergreen Health's Emergency Department in Redmond, WA, throughout my employment with Evergreen Health.

6. The Emergency Department in Redmond, WA is a free-standing emergency room that is open 24/7.

7. My job as an emergency department nurse required direct patient contact, many of whom were elderly, homeless, disabled, in critical condition, severely sick, or mentally unstable.

8. I had to provide immediate and critical care to patients experiencing acute illnesses or injuries, assessing their condition, stabilizing them, and administering treatments, often in high-pressure environments.

9. Both the Kirkland ED and the Redmond ED received patients from the City of Redmond. When I was working in those EDs, it was a regular weekly, even daily, occurrence, that City of Redmond firefighters would transport patients to our EDs. The Redmond firefighters would bring patients into the EDs, discuss their situation, transfer the patient to their room, settle the patients in, and then clean the stretcher. The Redmond firefighters were often inside the EDs for fifteen (15) minutes or longer. This was true

DECLARATION OF EMA BURCHECI
(Case No. 2:22-CV-01739-JNW)

2

during Covid and after the Governor's vaccine mandate for health care workers went into effect on October 18, 2021.

10. When the Covid-19 vaccines came out, I did not get vaccinated due to my sincerely held religious beliefs.

11. Evergreen Health mandated that all health care workers be vaccinated for Covid by Oct. 18, 2021.

12. I requested a religious accommodation to the Covid vaccine from Evergreen Health and it was approved.

13. None of my job duties changed because of being unvaccinated. I continued to work as a nurse in both the Kirland and Redmond emergency rooms. I continued to work directly with Redmond Firefighters and the patients they would bring in from the City of Redmond, despite being unvaccinated.

14. There was nothing I had to do different because I was unvaccinated. I was not required to wear any additional PPE, nor regularly test for Covid-19. I was simply required to follow the same protocols that the vaccinated followed: wearing a mask and testing if symptomatic. This was the same thing I had been doing since the beginning of the Covid pandemic.

15. Like all employees, regardless of vaccination status, I was required to wear a surgical mask. However, if a patient was positive for Covid-19 or it was highly suspicious that the patient was positive for Covid-19, I was told to wear an N-95 mask.

16. At one point during the Covid pandemic I remember there being a shortage of masks. During that time, Evergreen Health required me, and all ED employees, to clean our masks after each use and to reuse them. I was never told or made aware of any cost, burden or hardship Evergreen Health incurred because of me being unvaccinated for Covid-19.

17. After the vaccine mandate went into effect, I was never told I could not work with or be around Redmond firefighters or patients from the City of Redmond. I continued to work with Redmond firefighters and their patients after the vaccine mandate went into effect.
18. Redmond firefighters continued to come into Evergreen Health's Kirkland and Redmond EDs after the vaccine mandate, despite unvaccinated individuals working in those EDs, and would often stay 15 minutes or longer carrying out their duties.
19. Due to the process of transferring the patient from the Redmond firefighters care to the ED's care, social distancing between emergency room workers and the Redmond firefighters was not possible. It also was not possible to social distance from the patients they brought in, in carrying out my job duties.
20. I was never even asked by any City of Redmond employee, including firefighters, if I was vaccinated for Covid-19. Nor did I ever hear anyone express concern about Redmond firefighters or their patients being around unvaccinated emergency room employees.
21. I am not aware of myself ever transmitting Covid-19 to a patient. I am also not aware of ever transmitting Covid-19 to a firefighter. I also never heard or became aware of any patient or firefighter contracting Covid-19 from an unvaccinated hospital employee.

Sworn to under penalty of perjury this 19 day of March, 2025.

Signed: _____
Ema Burcheci