UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT CARLSON et al., | CASE NO. 2:22-cv-01739 |
| Plaintiffs, | ORDER |
| v. | |
| CITY OF REDMOND et al., | |
| Defendants. | |

The Court, having reviewed the parties' motions for summary judgment, raises this matter on its own accord. To promote judicial efficiency and relieve stress on the parties, the Court STRIKES the remaining deadlines and trial date. *See* Dkt. No. 56. Because trial will not proceed as scheduled, the Court TERMINATES Plaintiffs' *Daubert* motion, Dkt. No. 123, and the parties' Motions in Limine, Dkt. Nos. 143, 144. The Court may reactivate these motions and set a new trial date and related deadlines upon resolution of the summary judgment motions, Dkt. Nos. 86, 97.

The Court DENIES as moot Plaintiffs' Motion to Extend Length of Trial, Dkt. No. 141.

ORDER - 1

Dated this 17th day of July, 2025.

Jamal N. Whitehead
United States District Judge

ORDER - 2